FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MENDIOLA, <br><br> Defendant. | Case No.: MJ 11-02603 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _failures to appear for counseling and drug testing; unknown background information_

and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 31, 2011

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge